# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MARCHELLE P. FRYE A/K/A MARCHELLE FRYE; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-02255

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARCHELLE P. FRYE A/K/A MARCHELLE FRYE the above process on the 26 day of July, 2017, at 3:50 o'clock, P.M, at 4819 OLIVE STREET PHILADELPHIA, PA 19139, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age **51-55**   Height **5'8**   Weight **170**   Race **BLACK**   Sex **FEMALE**   Hair **BLACK**
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of **PA**             )
                                         ) SS:
County of **Berks**                      )

Before me, the undersigned notary public, this day, personally, appeared **D'Wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-166682
Case ID #: 4934218

Subscribed and sworn to before me
this **27** day of **July** 20 **17**

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017