IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| MARCHELLE P. FRYE | : | NO.: 17-cv-2255 |

O R D E R

AND NOW, this 11th day of SEPTEMBER, 2017, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Thomas N. O'Neill, Jr., to the calendar of the Honorable Wendy Beetlestone.

FOR THE COURT:

LAWRENCE F. STENGEL
Chief Judge

ATTEST:

_Kate Barkman_
KATE BARKMAN
Clerk of Court